IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GYDA,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FEDERAL BUREAU OF INVESTIGATION** | : | |
| **CRIME LABORATORY; UNITED STATES** | : | |
| **DEPARTMENT OF ENERGY OFFICE OF** | : | |
| **SCIENCE; OAK RIDGE INSTITUTE FOR** | : | |
| **SCIENCE AND EDUCATION; and OAK** | : | |
| **RIDGE ASSOCIATED UNIVERSITIES** | : | **No. 13-7591** |

## ORDER

AND NOW, this 6th day of July, 2015, upon consideration of pro se plaintiff Michael Gyda's amended complaint (paper no. 5), the federal defendants and Oak Ridge Associated Universities' motions to dismiss (papers no. 10 and 20), plaintiff's responses in opposition to the motions to dismiss (papers no. 14 and 22), the federal defendants and Oak Ridge Associated Universities' motions to compel responses to their discovery requests (papers no. 27 and 29), plaintiff's responses in opposition to the motions to compel (papers no. 28 and 30), and oral argument on the motions to dismiss, and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

1. The federal defendants' motion to dismiss (paper no. 10) is **GRANTED**. All claims against the Federal Bureau of Investigation Crime Laboratory, the United States Department of Energy Office of Science, and Oak Ridge Institute for Science and Education are **DISMISSED WITH PREJUDICE**.

2. Oak Ridge Associated Universities' motion to dismiss (paper no. 20) is **GRANTED**. All claims against Oak Ridge Associated Universities are **DISMISSED WITH PREJUDICE**.

3. The federal defendants and Oak Ridge Associated Universities' motions to compel responses to their discovery requests (papers no. 27 and 29) are **DENIED AS MOOT**.

          /s/ Norma L. Shapiro
                                                J.